WILSON HOUSTON'S CASE. May 3, 1962. Decree affirmed. The em-
ployee brought this claim for compensation for injuries which he alleges
arose out of his employment. The single member found these facts: On
August 29, 1960, the claimant was working as a chef in a restaurant of
the insured. The claimant had an argument with another employee. A
bus boy, also employed by the insured, injected himself into the argument.
A fist fight between the claimant and the bus boy ensued. After that
fight in which "[t]he claimant was worsted" the claimant "picked up an
18 inch, 2-pronged barbecue fork and renewed the fight and assault" on
the bus boy. The claimant suffered a stab wound in the back and an in-
jury over his eye. He received hospital and medical treatment for his
injuries. The single member found that "when the fist fight ended and
claimant renewed the assault he was guilty of serious and willful mis-
conduct" and that the injury to the claimant "did not arise out of the
conditions of his employment." The employee's claim for compensation
was dismissed. The findings and decision of the single member were
affirmed by the reviewing board. From a decree of the Superior Court in
accordance with the board's decision, the employee appealed. There was
no error. The board's findings were supported by the testimony and were
not tainted by error of law. *Van Bibber's Case,* 343 Mass. 443, 447.

*Gabriel Kantrovitz (Sherwin L. Kantrovitz* with him) for the employee.
*Timothy H. Donohue* for the insurer.